

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  INDICTMENT

      - v. -  :  07 Cr.

ELTON KULLI,  :  **07 CRIM. 812**

      Defendant.  :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. On or about July 30, 2007, in the Southern District of New York, ELTON KULLI, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the Chase Manhattan Bank, 2040 Boston Post Road, Larchmont, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and in committing said offense did assault persons and put in jeopardy the lives of such persons by the use of a dangerous weapon, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) & (d).)

COUNT TWO

The Grand Jury further charges:

2. On or about July 30, 2007, in the Southern District of New York, ELTON KULLI, the defendant, unlawfully, wilfully, and knowingly used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, KULLI used a .380 semi-automatic handgun during the armed bank robbery charged in Count One of this Indictment, and in committing said offense brandished the firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney