# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge*
*White Plains*

October 10, 2007

BY HAND
The Honorable Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Elton Kulli**
**07 Cr. 812 (CLB)**

Dear Judge Brieant:

This letter is to inform the Court that Mr. Kulli has entered a plea of guilty to the above referenced Indictment. Therefore, he will not be filing motions and there is no need for the pre-trial conference currently scheduled for Wednesday, November 14, 2007, at 9:00a.m.

Sincerely Yours,

Susanne Brody

cc: Brent Wible, Esq.
    Assistant United States Attorney

    Mr. Elton Kulli