**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 7, 2008

**BY HAND**
The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Application Granted*
*So Ordered*

Charles L. Brieant
USDJ

Re: **United States v. Elton Kulli**
    07 Cr. 812 (CLB)

Dear Judge Brieant:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the defendant's sentencing proceeding be adjourned from January 10, 2008, at 9:00 a.m. until January 24, 2008, at 9:30 a.m..

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

cc: Susanne Brody, Esq. (By Hand)