No fee Required

Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

Southern District of New York

UNITED STATES OF AMERICA

- v -

ELTON KULLI

Docket No.: 07 Cr. 812 (CLB)

Honorable Charles L. Brieant
(District Court Judge)

Notice is hereby given that __the defendant Elton Kulli__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ____ ] _____
(specify)

entered in this action on __Jan. 24, 2008__.
(date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date __Jan. 28, 2008__

TO: NICHOLAS McQUAID, ESQ.
Assistant United States Attorney
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Attn: ELTON KULLI
Reg. No.

**Barry D. Leiwant, Esq.**
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007

Telephone Number: (212) 417-8742

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[✓] Sentencing 1/24/08<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment  [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE
Susanne Brody, Esq.   DATE 1/28/08

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
|  | Date _____   Signature _____ (Court Reporter) |  |  |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05